No. 193, Misc. GVARA *v.* KETTLE, SUPERINTENDENT, NORWICH STATE HOSPITAL. Superior Court of Connecticut, New London County. Certiorari denied.

No. 195, Misc. THOMAS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *De Long Harris* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 197, Misc. ORR *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *John R. Snively* for petitioner.

No. 201, Misc. BURKHAMER *v.* ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 122, Misc. BOBO *v.* CALIFORNIA ET AL. Petition for writ of certiorari and for other relief to the Supreme Court of California denied.

No. 189, Misc. BAILEY *v.* ARKANSAS. Petition for writ of certiorari to the Supreme Court of Arkansas denied without prejudice to an application for a writ of habeas corpus in an appropriate United States District Court.

No. 222, Misc. BLACKMON *v.* MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.